**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LARRY M. YOUNG,

    Plaintiff,

                                                          Case No. 02-CV-71891-DT

v.

                                                          HONORABLE DENISE PAGE HOOD

TOWNSHIP OF GREEN OAK,

    Defendant.

_____/

## **JUDGMENT**

       This action having come before the Court and pursuant to the Memorandum Opinion and Order entered this date,

       Accordingly,

       Judgment is entered in favor of Defendant and against Plaintiff with prejudice.

                                                           DAVID J. WEAVER
                                                          CLERK OF COURT

Approved:                                     By: s/ Wm. F. LEWIS
                                                      Deputy Clerk

 /s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge
DATED: September 28, 2005
Detroit, Michigan

                                  s/Denise Page Hood
                                  Denise Page Hood
                                  United States District Judge
Dated:  September 28, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2005, by electronic and/or ordinary mail.

                                  s/William F. Lewis
                                  Case Manager